JS-6

NOTE: EDITS MADE BY THE COURT

THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERIS BANK, a Georgia state-chartered banking corporation, doing business as BALBOA CAPITAL CORPORATION,<br><br>Plaintiff,<br><br>vs.<br><br>OLD PYLON TRUCKING, LLC, a Texas limited liability company; CANDELARIO GUZMAN MARTINEZ, an individual,<br><br>Defendants. | Case No. 8:23-cv-2368-CJC(KESx)<br><br>[Assigned to the Hon. Cormac J. Carney]<br><br>**JUDGMENT**<br><br>Complaint Filed:   December 14, 2023 |

JUDGMENT
Case No.: 8:23-cv-2368-CJC(KESx)

# JUDGMENT

Pursuant to plaintiff Ameris Bank d/b/a Balboa Capital Corporation's ("Balboa") Motion for Default Judgment ("Default Motion"), and pursuant to Federal Rules of Civil Procedure Rule 55(b)(2), and good cause appearing, therefore,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:

1. Judgment be entered in this matter, in favor of Balboa, and against defendants Old Pylon Trucking LLC, a Texas limited liability company ("Old Pylon"), and Candelario Guzman Martinez, an individual ("Martinez") (collectively, "Defendants"), jointly and severally, in the total amount of **$202,700.79**; which represents: (1) the amount owed of $183,236.86; (2) costs in the amount of $603.00; (3) attorneys' fees in the amount of $7,264.73 for the EFA; and (4) $11,596.20, in prejudgment interest at the statutory rate of ten percent (10%) per annum, from August 29, 2023 (the date of breach), to April 15 (the date of judgment) for the EFA.
2. The Clerk is ordered to enter this Judgment forthwith.

DATED: April 16, 2024

HON. CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE

**CC: FISCAL**